IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | Case No. 8:15CR20 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| JESUS MUNGUIA-AGUILAR | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on April 25, 2017 that he wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Sentencing Exhibits from hearing held February 9-10 and 22, 2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: April 25, 2017

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge